12

ROSENFELD, APPELLEE, *v.* ROSENFELD, APPELLANT.
PAPPAS, APPELLEE, *v.* PAPPAS, APPELLANT.
KACIK, APPELLEE, *v.* KACIK, APPELLANT.

[Cite as Rosenfeld v. Rosenfeld (1976), 47 Ohio St. 2d 12.]

(Nos. 75-144, 75-197 and 75-482—Decided July 7, 1976.)

*Shapiro. Kendis & Assoc. Co., L. P. A.*, and *Mr. Sheldon E. Baskin*, for appellee Bernard S. Rosenfeld.

*Messrs. Snyder, Neff & Chamberlin, Mr. Owen C. Neff* and *Mr. Edward J. Kirk*, for appellant Marcia Rosenfeld.

*Messrs. Tyack, Scott & Colley, Mr. Paul Scott, Mr. Thomas M. Tyack* and *Mr. G. Gary Tyack*, for appellee Ann M. Pappas.

*Mr. Stuart A. Benis* and *Mr. William S. Lazarow,* for appellant Theodore C. Pappas.

*Mr. Timothy J. Koral,* for appellee Leonard J. Kacik.

*Messrs. Lograsso & Longley, Mr. Peter P. Lograsso, Messrs. Loveland & Callard* and *Mr. James H. Callard,* for appellant Dorothy M. Kacik.

*Per Curiam.* The sole factor and consideration which distinguishes these cases from the analysis in *Nokes* v. *Nokes* (1976), 47 Ohio St. 2d 1, decided this day, is that such support order was formulated by incorporating parental separation agreements into the divorce decree.

Inasmuch as under Ohio law, a separation agreement of the parties loses its nature as a contract the moment it is adopted by the court and incorporated into a decree of divorce, we find that such distinguishing factor is of insufficient force to prevent the application hereto of the principles enunciated in *Nokes.*

Therefore, in light of *Nokes,* the judgment in case No. 75-197 is affirmed and the judgments in cases Nos. 75-144 and 75-482 are reversed.

*Judgment affirmed in case No. 75-197.*
*Judgments reversed in cases Nos. 75-144 and 75-482.*

O'NEILL, C. J., POTTER, STERN, W. BROWN and P. BROWN, JJ., concur.

CORRIGAN and CELEBREZZE, JJ., dissent.

POTTER, J., of the Sixth Appellate District, sitting for HERBERT, J.

CELEBREZZE, J., dissenting. I dissent from the judgments herein for the reasons expressed in my dissenting opinion in *Nokes* v. *Nokes* (1976), 47 Ohio St. 2d 1, 9, decided this day.